|  |  |
|---|---|
| **UNITED STATE BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : <br> : <br> : |
| Law Office of Peter E. Zimnis <br> 1245 Whitehorse Mercerville Rd <br> Trenton, NJ 08619 <br> 609-581-9353 <br> Attorney for Debtor | : <br> : <br> : <br> : <br> : <br> : |
| In Re: <br><br> THOMAS ORBAN <br><br> Debtors | : Chapter 13 <br> : <br> : Case No.: 19-29137 <br> : <br> : <br> : Hearing Date <br> : <br> : Judge Michael B. Kaplan |

## CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On October 12, 2019, I sent a copy of the following pleadings and/or documents

   to the parties listed in the chart below:

   Notice of Motion for Order approving the Extension of the Automatic Stay
   Certification of debtor
   Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent

   using the mode of service indicated.

                                                                      /s/ Peter E. Zimnis
                                                                      Peter E. Zimnis, Esq.

Dated:

**Service List**

| | | |
|---|---|---|
| Albert Russo | Trustee | via e-file |
| UST | Trustee | via E-file |
| PNC Bank, NA<br>ATTN Managing Agent<br>3232 Newmark Dr<br>Miamisburg, OH 45342 | creditor | via cert mail |
| Attorney General's Office State of NJ<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 | creditor | via reg mail |
| Division of Taxation, Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695-0245 | creditor | via reg mail |
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | creditor | via reg mail |
| United States Attorney<br>(For Internal Revenue Service)<br>970 Broad Street, 5th Floor<br>Newark, NJ 07102 | creditor | via reg mail |
| Office of Chief Counsel<br>Internal Revenue Service<br>SB/SE Division Counsel<br>One Newark Center, Suite 1500<br>Newark, N.J. 07102-5224 | creditor | via reg mail |
| Civil Trial Section, Eastern Region<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044 | creditor | via reg mail |