Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−29137−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas J Orban
POB 8474
Trenton, NJ 08650
Social Security No.:
xxx−xx−4127
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              12/3/19
Time:              10:00 AM
Location:              Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 5, 2019
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29137-MBK
Thomas J Orban                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 05, 2019
                             Form ID: 132              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db              +Thomas J Orban,   POB 8474,   Trenton, NJ 08650-0474
518502751       +American Express,   POB 981537,   El Paso, TX 79998-1537
518505086        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
518502754       +McCalla Raymer,   1544 Old Alabama Rd,   Roswell, GA 30076-2102
518502757       +PNC Bank,   USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2760
518502758       +PNC Bank Mortgage,   6700 Miller Rd,   Brecksville, OH 44141-3239
518502759       +PNC Bank, Corp Headquarters,   3232 Newmark,   Miamisburg, OH 45342-5421
518502756      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  NJ - Div of Taxation,   Compliance and Enforcement  BK unit,
                 50 Barrack St,  9 th FL,  POB 245,  Trenton, NJ 08695)
518502760       +State of NJ - Dept of Alcholic Beverage Control,   POB 087,
                 Trenton, NJ 08625-0087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:04    U.S. Attorney,   970 Broad St.,
                 Room 502,  Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:17:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518502752       +E-mail/Text: g20956@att.com Nov 06 2019 00:17:42    AT&T Mobility,   POB 537104,
                 Atlanta, GA 30353-7104
518529876        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2019 00:23:46
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518502753        E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 00:16:26     Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
518529874        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2019 00:23:01     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518502755       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2019 00:16:59    Midland Funding,
                 re:  dj 29036-15,   2365 Northside Drive, Ste 300,   San Diego, CA 92108-2709
                                                                                      TOTAL: 7

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Peter E. Zimnis   on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com
              Rebecca Ann Solarz   on behalf of Creditor   PNC Bank, National Association
              rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4