**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Law Office of Peter E. Zimnis
1245 Whitehorse Mercerville Rd
Trenton, NJ 08619
609-581-9353
Attorney for Debtor

In Re:

THOMAS ORBAN

    Debtors

Chapter 13

Case No.: 19-29137

Hearing Date

Judge Michael B. Kaplan

ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

    The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: November 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:      Thomas Orban
Case No.:    19-29137/MBK
Caption:     Order Extending Automatic Stay Beyond 30 Days

    At Trenton in the said District

    This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J Orban  
     Debtor

Case No. 19-29137-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                    Page 1 of 1                  Date Rcvd: Nov 07, 2019
                              Form ID: pdf903               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
db             +Thomas J Orban,    POB 8474,    Trenton, NJ 08650-0474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
        Albert     Russo    docs@russotrustee.com
        Peter E. Zimnis    on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com
        Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4