| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-29137 / MBK**

Thomas J Orban

Petition Filed Date: 10/08/2019
341 Hearing Date: 11/07/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/11/2019 | $500.00 | 1818001678 | 12/12/2019 | $500.00 | 64005180 | | | |

Total Receipts for the Period: $1,000.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,500.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thomas J Orban | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER E ZIMNIS, ESQ | Attorney Fees<br>No Disbursements: No Check | $3,670.00 | $0.00 | $3,670.00 |
| 1 | American Express National Bank<br>»» JUDGMENT | Unsecured Creditors | $51,007.56 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $14,369.92 | $0.00 | $0.00 |
| 3 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP OF AMERICA HOLDINGS | Unsecured Creditors | $107.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2014-2017; EST TAXES 2018 | Priority Crediors<br>Hold Funds: Estimated | $92,087.14 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2013 EST TAXES | Unsecured Creditors<br>Hold Funds: Pending Loan Mod. | $30,790.53 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $14,148.18 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $16,854.22 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,972.61 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $22,556.50 | $0.00 | $0.00 |
| 10 | PNC Bank, NA<br>»» P/26 CHURCH ST/1ST MTG | Mortgage Arrears | $401,034.97 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» 2015-2017; EST TAXES 2018 | Priority Crediors<br>Hold Funds: Estimated | $12,969.16 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» 2014 EST TAXES 2000-2002; 2004,2008-2013 | Unsecured Creditors<br>Hold Funds: Estimated | $84,203.15 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29137 / MBK**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $180.00 | Arrearages: | $1,500.00 |
| Funds on Hand: | $2,320.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

---