| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-29137 / MBK

Thomas J Orban

Petition Filed Date: 10/08/2019
341 Hearing Date: 11/07/2019
Confirmation Date: 08/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $1,500.00 | 65217360 | 03/20/2020 | $1,500.00 | 66521290 | 04/22/2020 | $1,500.00 | 67323270 |
| 04/24/2020 | $1,500.00 | 67368960 | 05/21/2020 | $1,500.00 | 68058460 | 06/11/2020 | $1,500.00 | 68591650 |
| 08/03/2020 | $1,500.00 | 69781730 | 08/28/2020 | $1,500.00 | 70434440 | | | |

**Total Receipts for the Period:  $12,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $13,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas J Orban | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER E ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,670.00 | $3,670.00 | $0.00 |
| 1 | American Express National Bank<br>»»  JUDGMENT/BUR-L-002105-10 | Unsecured Creditors | $51,007.56 | $0.00 | $51,007.56 |
| 2 | LVNV FUNDING LLC<br>»»  WAMU | Unsecured Creditors | $14,369.92 | $0.00 | $14,369.92 |
| 3 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP OF AMERICA HOLDINGS | Unsecured Creditors | $107.00 | $0.00 | $107.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2014-2018 TAX PERIODS | Priority Crediors | $119,078.28 | $7,226.21 | $111,852.07 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD + PENALTIES | Unsecured Creditors | $69,516.91 | $0.00 | $69,516.91 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $14,148.18 | $0.00 | $14,148.18 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $16,854.22 | $0.00 | $16,854.22 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,972.61 | $0.00 | $1,972.61 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $22,556.50 | $0.00 | $22,556.50 |
| 10 | PNC Bank, NA<br>»»  P/26 CHURCH ST/1ST MTG/AMD ORDER 8/15/2020 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $401,034.97 | $0.00 | $401,034.97 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2015-2018 | Priority Crediors | $15,090.96 | $915.79 | $14,175.17 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2000-2012 EST; 2013-2014 | Unsecured Creditors<br>Hold Funds: Estimated | $83,074.54 | $0.00 | $83,074.54 |

**Chapter 13 Case No. 19-29137 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,000.00 | Plan Balance: | $140,100.00 ** |
| Paid to Claims: | $11,812.00 | Current Monthly Payment: | $2,832.00 |
| Paid to Trustee: | $1,188.00 | Arrearages: | $15,492.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $153,100.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**